## Commonwealth v. Lomax, Appellant.

Submitted June 15, 1971. Robert S. Robbins, for appellant; Milton M. Stein, Assistant District Attorney, James D. Crawford, Deputy District Attorney, Richard A. Sprague, First Assistant District Attorney, and Arlen Specter, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Luckett, Appellant.

Submitted June 21, 1971. Daniel C. Barrish, Assistant Public Defender, for appellant; Stewart J. Greenleaf, Assistant District Attorney, William T. Nicholas, Executive Assistant District Attorney, Parker H. Wilson, First Assistant District Attorney, and Milton O. Moss, District Attorney, for Commonwealth, appellee.

Order affirmed.